**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-00492-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.   Failure to include this number may result in a delay in the consideration of your claims.**)

JULIAN VICTOR MAGANA,

    Applicant,

v.

LOU ARCHULETA, Warden, Fremont Correctional Facility, and
CYNTHIA H. COFFMAN, The Attorney General of the State of Colorado,

    Respondents.

---

## ORDER DIRECTING APPLICANT TO CURE DEFICIENCIES

On February 25, 2016, Julian Victor Magana submitted to the Court an Application for Writ of Habeas Corpus Pursuant 28 U.S.C. 2254, ECF No. 1.   As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the filings are deficient as described in this Order.   Applicant will be directed to cure the following if he wishes to pursue any claims in this Court in this action.   Any papers that Applicant files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)  _X_  is not submitted
(2)  ___  is missing affidavit
(3)  ___  is missing certified copy of prisoner's trust fund statement for the **6-month period immediately preceding** this filing
(4)  _X_  is missing certificate showing current balance in prison account
(5)  ___  is missing required financial information
(6)  ___  is missing authorization to calculate and disburse filing fee payments
(7)  ___  is missing an original signature by the prisoner

(8) ___        is not on proper form
(9) ___        names in caption do not match names in caption of complaint, petition or habeas application
(10) _X_       other: In the alternative, Applicant can pay the $5 filing fee.

**Complaint, Petition or Application**:
(11) ___       is not submitted
(12) ___       is not on proper form
(13) ___       is missing an original signature by the prisoner
(14) ___       is missing page nos. ___
(15) ___       uses et al. instead of listing all parties in caption
(16) ___       names in caption do not match names in text
(17) ___       addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) ___       other:

Accordingly, it is

ORDERED that Applicant cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Applicant files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Applicant shall obtain the proper form, a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Action (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. Applicant must use a Court-approved form when curing the deficiencies. It is

FURTHER ORDERED that, if Applicant fails to cure the designated deficiencies **within thirty days from the date of this Order**, the action will be dismissed without further notice.

DATED March 2, 2016, at Denver, Colorado.

BY THE COURT:

  s/ Gordon P. Gallagher
United States Magistrate Judge